AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Malik Hodge

**SUMMONS IN A CIVIL CASE**

V.

United Airlines

Case: 1:08-cv-00232
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 2/12/2008
Description: Employ Discrim.

TO: (Name and address of Defendant)

United Airlines
1200 East Algonquin Road
Elk Grove Township, IL 60007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David A. Branch
1825 Connecticut Avenue NW, Suite 690
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 12 2008

CLERK                                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-9-08 at 11:21 am |
| NAME OF SERVER (PRINT) Robert D. Fairbanks | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Corporate Service by leaving a copy with Wanda Massey, Customer Service Representative, Prentice Hall Corporation, Registered Agent, 33 N. LaSalle St, Chicago, IL 60602

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL 95.— |
|---|---|---|

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5-9-08                    [signature]
                Date                     Signature of Server

                                         Washington Pre-Trial Services, Inc.
                                         4626 Wisconsin Avenue NW #300
                                         Washington, DC 20016
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.