**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MALIK HODGE, )<br>)<br>        Plaintiff, )<br>)<br>   v. )<br>)<br>UNITED AIRLINES, )<br>)<br>        Defendant. )<br>_____) | Civil No. 1:08-cv-00232 (CKK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Michael A. Viccora and Eric J. Janson as counsel of record for Defendant, United Airlines, in the above-captioned case. The foregoing attorneys are with the law firm of Seyfarth Shaw, LLP, 815 Connecticut Ave. N.W., Suite 500, Washington D.C. 20006. The telephone number is 202-463-2400.

                                            Respectfully submitted,

                                            /s/
                                        Michael A. Viccora, Esq.
                                        Eric J. Janson, Esq.
                                        SEYFARTH SHAW LLP
                                        815 Connecticut Avenue, NW, Suite 500
                                        Washington, DC 20006
                                        202-463-2400 (telephone)
                                        202-828-5393 (facsimile)

Dated: June 4, 2008