IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MALIK HODGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:08-cv-00232 (CKK) |
| | ) | |
| UNITED AIRLINES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE REGARDING DEADLINE FOR DEFENDANT'S
RESPONSE TO COMPLAINT**

Defendant, United Airlines, by and through its undersigned counsel, hereby provides notice that the deadline for Defendant's response to the instant Complaint is inaccurately reflected in Plaintiff's Return of Service filed with the Court on June 4, 2008. *See* Dkt. Rep. No. 5.

As clearly stated in the Summons issued by the Court and filed by Plaintiff with his Return of Service, Defendant has <u>60 days</u> from the date of service to provide its response to Plaintiff's Complaint. According to Plaintiff's Return of Service, Defendant was served on May 9, 2008. Therefore, Defendant will submit its response to Plaintiff's Complaint on or before <u>July 8, 2008</u>.

Respectfully submitted,

/s/
Michael A. Viccora, Esq.
Eric J. Janson, Esq.
SEYFARTH SHAW LLP
815 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
202-463-2400 (telephone)
202-828-5393 (facsimile)

Dated: June 4, 2008