## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIK HODGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:08-cv-00232 (CKK) |
| ) | |
| UNITED AIRLINES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### DEFENDANT'S PARTIAL ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, United Airlines, Inc. ("United"), by and through its undersigned counsel, hereby files the instant Partial Answer[1] to Plaintiff's Amended Complaint as follows:

### COUNT V - Violation of 42 U.S.C. Sec. 1981

32. Paragraph 32 of the Amended Complaint contains conclusions of law, to which no response is required. To the extent these allegations may be deemed to contain factual averments requiring an answer, Defendant denies the allegations contained therein.

33. In answering Paragraph 33 of the Amended Complaint, Defendant admits that Plaintiff was terminated from his employment with Defendant on March 10, 2005. Defendant denies the remaining allegations contained in Paragraph 33 of the Amended Complaint, including that Plaintiff was discriminated and/or retaliated against by Defendant.

34. Defendant denies the allegations contained in Paragraph 34 of the Amended Complaint, including that Plaintiff was discriminated and/or retaliated against by Defendant.

---

[1] Defendant has contemporaneously filed a Motion to Dismiss Counts I through IV of Plaintiff's Amended Complaint. Therefore, Defendant reserves the right to respond to the factual and legal allegations contained in paragraphs 1 through 31 and incorporated in Counts I through IV after the Court rules on its Motion to Dismiss.

35. The remaining allegations set forth Plaintiff's prayer for relief to which no response is required; insofar as an answer may be deemed necessary, Defendant denies Plaintiff is entitled to any compensatory or punitive damages, attorney's fees, court costs, or any other equitable relief.

36. All other allegations or averments of the Amended Complaint which have not been specifically admitted are hereby denied.

## AFFIRMATIVE DEFENSES

By pleading the following as Affirmative Defenses, Defendant does not concede that each of the matters covered by the numbered defenses is to be proven by it, and Defendant reserves its position that Plaintiff retains the burden of proof on all matters necessary to state the claims asserted in the Complaint and to establish his alleged damages.

1. This Court lacks jurisdiction over certain claims in this action as Plaintiff has not exhausted his administrative remedies.

2. This Court lacks jurisdiction over certain claims which are preempted by federal law.

3. Plaintiff's Amended Complaint, in whole or in part, fails to state a claim against Defendant upon which relief can be granted.

4. Plaintiff's claims are barred by the applicable statute of limitations.

5. Any actions taken by Defendant toward Plaintiff were based upon legitimate non-discriminatory reasons.

6. To the extent that Plaintiff has failed to mitigate his damages, he is barred from recovery on all or a portion of his claims.

8.  Defendant specifically reserves the right to amend this Answer by additional affirmative defenses and/or counterclaims as additional investigation, discovery and circumstances may warrant.

WHEREFORE, Defendant prays that:

1.  Plaintiff's Amended Complaint be dismissed with prejudice in its entirety and that judgment be entered in Defendant's favor.

2.  Plaintiff take nothing by Plaintiff's Amended Complaint.

3.  The Court deny Plaintiff's requested relief.

4.  The Court award Defendant its costs and attorneys' fees.

5.  The Court award Defendant such further relief as it deems just and proper.

Date: July 14, 2008

Respectfully submitted,

UNITED AIRLINES, INC.

/s/
Michael A. Viccora (D.C. Bar No. 434619)
Eric J. Janson (D.C. Bar No. 974395)
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400 (telephone)
(202) 828-5393 (facsimile)