IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIK HODGE,        )<br>                     )<br>     Plaintiff,    )<br>                     )<br>   v.                )<br>                     )<br>UNITED AIRLINES,     )<br>                     )<br>     Defendant.     )<br>_____) | Civil No. 1:08-cv-00232 (CKK) |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO SUBMIT REPLY BRIEF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, United Airlines, Inc., through the undersigned counsel, respectfully moves this Court for an extension of time to file its Reply brief in support of its Motion to Dismiss Plaintiff's Amended Complaint in the above-referenced case. In support of this motion, Defendant states as follows:

1. On July 14, 2008, Defendant filed a Motion to Dismiss Plaintiff's Amended Complaint in the above-referenced case ("*Hodge II*"). Dkt. Rep. No. 9.

2. On July 28, 2008, Plaintiff filed an Opposition brief to Defendant's Motion to Dismiss. Dkt. Rep. No. 11. Accordingly, Defendant's Reply brief was due on August 7, 2008.

3. However, on August 7, 2008 your Honor issued a order in Plaintiff's related case, Case No. 1:07-cv-01527-CKK ("*Hodge I*"), vacating the Court's January 4, 2008 order of dismissal and setting deadlines to respond to Defendant's Motion to Dismiss filed in *Hodge I*. Dkt. Rep. No. 13.

4. Your Honor also ordered that the parties file a Joint Status Report by August 22, 2008 to address what effect, if any, the Court's reinstatement of *Hodge I* has or should have on *Hodge II*.

5.  In light of this Order and the uncertainty of whether the disposition of *Hodge II* Plaintiff has been rendered moot by the reinstatement of *Hodge I*, Defendant respectfully requests that it be granted an extension of time to file its Reply brief until the parties have filed its Joint Status Report or when the Court issues an order resolving the viability of *Hodge I*, whichever comes later.

6.  Defendant represents that there is good cause shown and this extension will not cause unnecessary delay or prejudice to any party in their litigation of this case. .

7.  Pursuant to Local Rule 7(m), the undersigned contacted Plaintiff via telephone and by email on August 7, 2008 regarding his consent to the instant motion. However, Plaintiff did not respond and thus Defendant cannot represent Plaintiff's position with regard to this motion.

Date: August 7, 2008

Respectfully submitted,

UNITED AIRLINES, INC.

/s/
_____
Michael A. Viccora (D.C. Bar No. 434619)
Eric J. Janson (D.C. Bar No. 974395)
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400 (telephone)
(202) 828-5393 (facsimile)

Attorneys for Defendant United Airlines